IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JIMMY R. MONTOYA,**

       Plaintiff,

vs.                                                                                             14cv360 SMV/RHS

**NEW MEXICO DEPARTMENT
OF WORKFORCE SOLUTIONS**,
**and CELINA BUSSEY in her official capacity**
As Secretary of New Mexico Department of
Workforce Solutions,

       Defendants.

**ORDER GRANTING APPLICATION TO PROCEED
IN FORMA PAUPERIS AND DIRECTING SERVICE**

THIS MATTER having come before the Court upon Plaintiff's Motion to Proceed In Forma Pauperis, the Court having considered the Motion (Doc. 3), FINDS that the Motion is well-taken and should be GRANTED.

IT IS HEREBY ORDERED that this action is authorized to proceed without the prepayment of the filing fee, costs, or security.

IT IS FURTHER ORDERED that the United States Marshal shall serve a copy of the Summons and Complaint on the United States Attorney, the Attorney General, and the Office of General Counsel.

*Robert Hayes Scott*
ROBERT HAYES SCOTT
UNITED STATES MAGISTRATE JUDGE